FILED
VANESSA L. ARMSTRONG, CLERK

DEC 20 2018

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

NO. 3:18-MJ-802

IN THE MATTER OF THE APPLICATION
OF THE UNITED STATES OF AMERICA FOR
**(AMIR KARAT)**

## MOTION

Comes the United States of America, by counsel, Russell M. Coleman, United States Attorney for the Western District of Kentucky, and moves the Court for an Order sealing all affidavits, applications, orders, and material relating to the herein matter dated December 20, 2018 because the investigation is ongoing. No person may unseal or review the contents of the file or actions heretofore taken or to be taken without the express written authorization of a Judge of the United States District Court for the Western District of Kentucky.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney

Lettricea Jefferson-Webb
Assistant United States Attorney